# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

---------------------------------------------------------------X
**In re**                                                 :
                                                          :
**Paul Justin Glodzik,**                                  :     Case No. 26-75
                                                          :     Chapter 7
      **Debtor.**                       :
---------------------------------------------------------------X

## NOTICE OF CHANGE OF CREDITOR'S ADDRESS

  Please take notice that Creditor Life Asset has changed its address to:

Life Asset
1640 Columbia Rd NW # 104
Washington, DC 20009

    Dated:    February 24, 2026

                                                                           Respectfully submitted,

                                                                         /s/ Daniel M. Press
                                                                     Daniel M. Press, DC Bar #419739
                                                                     Chung & Press, P.C.
                                                                     6718 Whittier Ave., Suite 200
                                                                     McLean, VA 22101
                                                                     (703) 734-3800
                                                                     (703) 734-0590 fax
                                                                     dpress@chung-press.com


Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

       This is to certify that on this 24th day of February, 2026, I caused the foregoing paper to be served on the US Trustee, the Chapter 7 Trustee and upon all other parties requesting notice by CM/ECF.

       This is to further certify that on February 24, 2026, the foregoing paper and a copy of the Notice of Chapter 7 Bankruptcy Case were served by first class mail, postage prepaid, upon:

Life Asset
1640 Columbia Rd NW # 104
Washington, DC 20009

      /s/ Daniel M. Press
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com