WWR# 042122577

IN THE UNITED STATES BANKRUPTCY COURT
MAIN DISTRICT OF DISTRICT OF COLUMBIA
AT WASHINGTON, D.C.

| | |
|---|---|
| IN RE: | CASE NO. 26-00075 |
| PAUL JUSTIN GLODZIK | CHAPTER 7 |
| | JUDGE ELIZABETH L. GUNN |
| DEBTOR(S) | |

### REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jessie Roberts
Jessie Roberts
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and  by **ordinary U.S. Mail** on 2nd day of March, 2026 addressed to:

DANIEL M PRESS, Attorney for Debtor
DPRESS@CHUNG-PRESS.COM

WENDELL W WEBSTER, Trustee
1101 CONNECTICUT AVE NW STE 402
WASHINGTON, DC 20036


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

PAUL JUSTIN GLODZIK
621 14TH ST NE
WASHINGTON,  DC 20002

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jessie Roberts
Jessie Roberts
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com