UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re                           )
                              )
     Paul Glodzik              )
                              )      Case No.      26-75
         Debtor.            )      Chapter 7
                              )

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of May, 2026, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) n/a

to be served by first class mail, postage prepaid, on the removed, added and amended creditor(s):


NCMIC Finance Corporation
14001 UNIVERSITY AVE
CLIVE, IA, 50325.


                          _/s/Daniel M. Press_
                          Daniel M. Press