Certificate Number: 06531-DC-DE-040771057

Bankruptcy Case Number: 26-00075



06531-DC-DE-040771057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2026</u>, at <u>8:15</u> o'clock <u>AM CDT</u>, <u>Paul Glodzik</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Columbia</u>.

Date:   <u>March 24, 2026</u>          By:     <u>/s/Sharon Schroeder</u>

Name:   <u>Sharon Schroeder</u>

Title:   <u>Certified Credit Counselor</u>