**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul Justin Glodzik<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2581<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   United States Bankruptcy Court for the District of Columbia

Case number:   26–00075–ELG

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul Justin Glodzik

6/2/26

**By the court:**   Elizabeth L. Gunn
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 26-00075-ELG

Paul Justin Glodzik                                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                         User: admin                                         Page 1 of 3

Date Rcvd: Jun 02, 2026                      Form ID: 318                                         Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Paul Justin Glodzik, 621 14th St NE, Washington, DC 20002-5413 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 806829 | + | First Home Mortgage Corp, 6211 Greenleigh Ave Ste 300, Baltimore, MD 21220-2075 |
| 806830 | + | Gebhardt & Smith, Hannah C Bondurant, One South St Ste 2200, Baltimore, MD 21202-3281 |
| 806831 | + | Life Asset, 1640 Columbia Rd NW #104, Washington, DC 20009-3602 |
| 806833 | + | Newtek Small Business Finance, 1111 Brickell Ave Ste 135, Miami, FL 33131-3122 |
| 806839 | + | US Attorney, 601 D St NW, Washington, DC 20579-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | EDI: DCGOVT | Jun 03 2026 02:16:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jun 02 2026 22:14:01 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jun 02 2026 22:14:05 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jun 02 2026 22:15:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jun 02 2026 22:15:00 | First Home Mortgage, PO Box 4638, Englewood, CO 80155-4638 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Jun 02 2026 22:15:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| 806826 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 22:20:57 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 806827 | + | EDI: CITICORP | Jun 03 2026 02:16:00 | Amex/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 806828 | + | EDI: CITICORP | Jun 03 2026 02:16:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 807278 | + | Email/Text: bkmailings@nbsdefaultservices.com | | |

District/off: 0090-1

Date Rcvd: Jun 02, 2026

User: admin

Form ID: 318

Page 2 of 3

Total Noticed: 27

| | | | Jun 02 2026 22:15:00 | First Home Mortgage, PO Box 4638,, Englewood, Colorado 80155-4638 |
|---|---|---|---|---|
| 810356 | + | Email/Text: jquick@ncmic.com | Jun 02 2026 22:15:00 | NCMIC Finance Corporation, 14001 UNIVERSITY AVE, CLIVE, IA 50325-8273 |
| 806832 | + | EDI: NFCU.COM | Jun 03 2026 02:16:00 | Navy Federal, PO Box 3000, Merrifield, VA 22119-3000 |
| 807279 | + | Email/Text: BKRMailOps@weltman.com | Jun 02 2026 22:15:00 | Navy Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd Suite 200, Independence, Ohio 44131-2191 |
| 806834 | | Email/Text: bkrgeneric@penfed.org | Jun 02 2026 22:15:00 | Pentagon Federal Credit union, PO Box 1432, Alexandria, VA 22313 |
| 806835 | + | Email/Text: bankruptcynotices@sba.gov | Jun 02 2026 22:15:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 806837 | + | EDI: SYNC | Jun 03 2026 02:16:00 | Synchrony Bank, PO Box 71737, Philadelphia, PA 19176-1737 |
| 806836 | + | EDI: SYNC | Jun 03 2026 02:16:00 | Synchrony Bank, PO Box 71757, Philadelphia, PA 19176-1757 |
| 806838 | + | EDI: TDBANKNORTH.COM | Jun 03 2026 02:16:00 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 806840 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2026 22:15:00 | US Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 806841 | + | EDI: WFHOME | Jun 03 2026 02:16:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 810397 | ##+ | Life Asset, 2448A 18th St. NW, Washington, DC 20009-2004 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026              Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name**                         **Email Address**

Daniel M. Press

on behalf of Debtor Paul Justin Glodzik dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

District/off: 0090-1        User: admin        Page 3 of 3

Date Rcvd: Jun 02, 2026        Form ID: 318        Total Noticed: 27

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster

on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com

Wendell W. Webster

wwebster@websterfredrickson.com DC03@ecfcbis.com


TOTAL: 4